# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

GUCCI AMERICA, INC.

V.

HUDSON NEWS COMPANY

**SUMMONS IN A CIVIL CASE**

**04 10184 GAO**

CASE NUMBER:

TO: (Name and address of Defendant)

> Hudson News Company
> 1305 Paterson Plank Road
> North Bergen, NJ 07047

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Mark Schonfeld
> Burns & Levinson, LLP
> 125 Summer Street
> Boston, MA 02110
> (617) 345-3000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JAN 27 2004

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5/19/04  12:50pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James Reap | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By delivering and leaving documents with Catherine Oberg, Registered Agent Person authorized to accept service on behalf of Hudson News Company/Hudson Group at its usual place of business at One Meadowlands Plaza, Suite 902, East Rutherford, NJ 07073

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/20/04
              Date

Signature of Server

50 Main St. Hackensack, NJ 07601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.