UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GUCCI AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUDSON NEWS COMPANY, )<br>)<br>Defendant. ) | Case No.: 04-10184GAO |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Gucci America, Inc., hereby dismisses this action WITH PREJUDICE.

GUCCI AMERICA, INC.

By its Attorneys,

BURNS & LEVINSON LLP

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: June 11, 2004

00847885